UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.  3:20-cv-1056-J-34PDB

JONATHAN KAPRON,

    Plaintiff,

v.

XING YONG SHENG, INC., a Florida profit
corporation d/b/a CRAZY SUSHI, JIAN ZHONG
CHEN, BIN CHEN, and XIN CHENG,

    Defendants.
_____/

### JOINT MOTION TO APPROVE FLSA SETTLEMENT AND DISMISS WITH PREJUDICE

    The Plaintiff and Defendants, through undersigned counsel, hereby respectfully request that this Court approve the Parties' FLSA settlement agreement and dismiss the case with prejudice.  In support, the Parties state as follows:

#### Procedural History and Facts

    On September 21, 2020, the Plaintiff filed a Complaint (ECF 1) against the Defendants alleging minimum wage violations of the Fair Labor Standards Act ("FLSA") and the Florida Minimum Wage Amendment.  The Defendants filed their Answer & Affirmative Defenses (ECF #'s 6, 7 and 15) denied Plaintiff's substantive allegations.

    The Complaint alleges that while Plaintiff was employed at the Defendants' restaurant, he was denied minimum wages because of the Defendants taking an unlawful "tip credit" against the wages paid to him.  *See* Complaint at ¶29-30.   As a result, the Plaintiff seeks the full minimum wage for each hour worked.

    During discovery, the parties exchanged in a significant amount of information, including the production of large numbers of documents.  Also, the Defendants took the Plaintiff's

deposition, and the Plaintiff' took the deposition of the corporate Defendant, XING YONG SHENG, INC. Discovery was challenging because numerous Defendants and non-party witnesses only speak Mandarin. Additional costs were necessitated by the need to hire a Mandarin translator for XING YONG SHENG, INC.'s full-day deposition.

On July 16, 2021, the Parties settled the case. *The Parties did not enter into a written settlement agreement; the only terms of the settlement is the payment of money by the Defendants in exchange for a dismissal with prejudice.* Under the verbal terms of the settlement, the Defendants agreed to pay a grand total of $23,000.00. From that amount, the Defendants agree to pay $15,750.44 in attorneys' fees and costs, and pay the Plaintiff $7,249.56. The amount being paid for attorneys' fees and costs was discussed and negotiated separately from the amount calculated to be paid to the Plaintiff.

The settlement is an excellent result for the Plaintiff. Here, the Plaintiff calculated and demanded being owed about $3,241.22 in minimum wages. Assuming the Plaintiff recovered full liquidated damages, his best-case scenario for minimum wages would be about $6,482.44 ($3,241.22 x 2). Here, the Plaintiff is receiving $7,249.56 under the settlement. The additional $767.12 being paid by the Defendants is consideration for Plaintiff's attempt in the Complaint to recoup tips which he claimed were not received by him. *See* Complaint at 5-6 (Wherefore clauses). There are no other terms of settlement other than what is described, above.

### Memorandum of Law

The settlement of the instant action involves a situation in which the Court may approve the Parties' settlement to resolve and release the Plaintiffs' claims against Defendant. *See, Lynn's Food Stores, Inc. v. United States,* 679 F.2d, 1350, 1354 (11th Cir. 1982). The proposed settlement arises out of an action that was adversarial in nature. This settlement allows the Parties to move on and avoid the risks and continuing costs and fees of litigation. Based, on the foregoing, the fact

there was no duress or coercion, and that the Parties were represented by competent counsel, the Court should find the Parties' Agreement fair and reasonable.

WHEREFORE, the Plaintiff and the Defendant move the Court to approve and ratify and approve the Parties' settlement dismiss the Plaintiff's case with prejudice, and grant all other relief deemed appropriate.

Respectfully submitted this 21st day of July 2021 by,

| | |
|---|---|
| /s/ *Peter Bober, Esq.* | By: /s/ *Todd Edward Henry, Esq.* |
| Fla. Bar # 0122955 | The Henry Law Firm |
| Bober & Bober, P.A. | 1500 Walnut Street, Suite 1060 |
| 2699 Stirling Road, Suite A-304 | Philadelphia, PA 19102 |
| Hollywood, Florida 33312 | (215) 545-7100 tel. |
| Tel. (954) 922.2298 | (215) 545-6611 fax |
| Fax. (954) 922.5455 | thenry@thehenryfirm.biz |
| peter@boberlaw.com | *Counsel for Defendants* |
| *Counsel for Plaintiff* | *(pro hac vice counsel)* |