# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JONATHAN KAPRON,

       Plaintiff,

v.                                                 Case No.   3:20-cv-1056-MMH-PDB

XING YONG SHENG, INC.,
d/b/a Crazy Sushi, et al.,

       Defendants.

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 42; Report) entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on September 1, 2021. In the Report, Judge Barksdale recommends that the Joint Motion to Approve FLSA Settlement and Dismiss With Prejudice (Dkt. No. 32; Motion) be granted, the settlement be approved, the case be dismissed with prejudice; and judgment be entered in favor of Plaintiff and against Defendants. See Report at 9. The parties have no objections to the Report and Recommendation. See Joint Notice of the Parties Having *No Objection* to Report & Recommendation (ECF 42) (Dkt. No. 43).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions. Plaintiff filed suit against Defendants for unpaid minimum wages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA). See First Amended Complaint for Damages and Jury Trial Demanded (Dkt. No. 9). Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case. See generally Motion.

Upon review of the record, including the Report and Motion, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's claims. Accordingly, the Court will accept and adopt the Report.

In light of the foregoing, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 42) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion to Approve FLSA Settlement and Dismiss With Prejudice (Dkt. No. 32) is **GRANTED**.

3. For purposes of satisfying the FLSA, the settlement is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendants for $7,249.56 as wages and liquidated damages, and $15,750.44 for attorney's fees and costs.

6. The Clerk of the Court is further directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of September, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 3 -